

No. 14–0639/AF. U.S. v. Corey K. Hudgins. CCA 38305. On consideration of Appellant's petition for reconsideration of this Court's order issued August 20, 2014, it is ordered that said petition for reconsideration is hereby denied.

No. 14–0050/AF. U.S. v. Thomas N. Patterson. CCA 38031. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to November 3, 2014.

No. 15–0089/AF. U.S. v. Keith L. Lovely. CCA 38215. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to October 30, 2014.

No. 15–0094/AF. U.S. v. Nicholas R. Cron. CCA 38138. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to November 3, 2014.

No. 15–0095/AF. U.S. v. William J. Matthis. CCA 38312. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to November 3, 2014.

Friday, October 17, 2014

